UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x      DOCKET NO.: 1:20-cv-4563

PAMELA WILLIAMS, on behalf of herself
and all others similarly situated,                                  **STIPULATION OF**
**DISCONTINUANCE WITH**
      Plaintiff,                     **PREJUDICE**

  -against-

ROCKER LLC,

      Defendant.
-------------------------------------------------------------x

  **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to third-party defendant, **ROCKER LLC,** without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  Garden City, New York
    September 22, 2020

| | |
|---|---|
| **STEIN SAKS, PLLC** | **VIGORITO, BARKER, PATTERSON, NICHOLS & PORTER, LLP** |
| By:_____<br>  David Force, Esq.<br>Attorneys for Plaintiff<br>285 Passaic Street<br>Hackensack, New Jersey 07601<br>(201) 282-6500 | By:_____<br>  Morgan T. Gieser, Esq.<br>Attorneys for Defendant<br>ROCKER LLC<br>300 Garden City Plaza, Suite 308<br>Garden City, NY 11530<br>Telephone: (516) 282-3355<br>Facsimile: (516) 908-4960<br>VBPNP File No.: 0070-086 |

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.  SO ORDERED.

October 6, 2020